FILED

NOT FOR PUBLICATION

FEB 23 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARTEMIO HERNANDEZ-CASTRO, | No. 05-74827 |
| Petitioner, | Agency No. A076-270-240 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | ORDER* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 12, 2010**
Pasadena, California

Before: THOMAS and SILVERMAN, Circuit Judges, and BEISTLINE,*** Chief
District Judge.

---

&ast; This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

&ast;&ast; The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

&ast;&ast;&ast; The Honorable Ralph R. Beistline, United States District Judge for the
District of Alaska, sitting by designation.

The motion for voluntary dismissal of the petition for review is GRANTED.

The petition for review is DISMISSED.